Marco A. Laracca, Esq.
BIO & LARACCA, P.C.
331 Central Avenue
Orange, NJ  07050
973-675-6006

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. William J. Martini |
| | ) | |
| v. | ) | Civil No. 07 Civ. 1769 WJM |
| | ) | |
| UNDERTIMED QUANTITIES OF | ) | |
| BOXES OF ARTICLES OF DEVICE, | ) | |
| LABELED IN PART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Claimant Shelhigh, Inc.'s Motion for Admission *Pro Hac Vice*, and it appearing for good cause shown,

**IT IS HEREBY ORDERED** this 1 day of June, 2007 that Claimant Shelhigh Inc.'s Motion is **GRANTED**.

Stephen D. Terman and Kathryn E. Balmford, of Olsson, Frank and Weeda, P.C., are hereby admitted *pro hac vice* as counsel for Claimant Shelhigh, Inc., in the above captioned case.

4

**IT IS HEREBY FURTHER ORDERED** that the above named attorneys are to make the mandatory payments required by Local Rules 101.1(c)(2) & (3) within 10 days of this Order.

*[signature]*

Honorable William J. Martini

**MARK FALK**
**U.S. Magistrate Judge**