Case 2:07-cv-01769-WJM-MF   Document 52-2   Filed 06/06/2007   Page 1 of 1

Marco A. Laracca, Esq.
BIO & LARACCA, P.C.
331 Central Avenue
Orange, NJ  07050
973-675-6006

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. William J. Martini |
| | ) | |
| v. | ) | Civil No. 07 Civ. 1769 WJM |
| | ) | |
| UNDERTIMED QUANTITIES OF | ) | |
| BOXES OF ARTICLES OF DEVICE, | ) | |
| LABELED IN PART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER MODIFYING TEMPORARY ORDER TO SEAL

Upon consideration of Claimant Shelhigh, Inc.'s application for a modification *my*

*Order*

of the Temporary Order to Seal entered by this Court on May 17, 2007, the ~~motion~~ is

hereby modified to unseal all documents not related to Claimant's sensitive financial

information, which includes one affidavit on economic harm and its exhibit, and a

portion of the Supplemental Memorandum, both filed on May 18, 2007.

**IT IS HEREBY ORDERED** this ⎵11⎵ day of ⎵June⎵, 2007 that

Claimant Shelhigh Inc.'s Motion to Modify the Temporary Order to Seal is

**GRANTED**.

Honorable Mark Falk